UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

CASE NO: CASE NO. 19-CV-62972-RKA
MAGISTRATE JUDGE REID

ROBERT KLECKLEY

Petitioner,

v.

MARK S. INCH,
SEC'Y, FLA. DEP'T OF CORR'S

    Respondent.

## INDEX TO APPENDIX

| | |
|---|---|
| Exhibit 1 | Trial Court Case Docket - 99-15141 CF10A |
| Exhibit 2 | Information |
| Exhibit 3 | Sentencing Documents |
| Exhibit 4 | Initial Brief |
| Exhibit 5 | Answer Brief |
| Exhibit 6 | Kleckley v. State, 787 So.2d 868 (Fla. 4th DCA 2001) |
| Exhibit 7 | Mandate |
| Exhibit 8 | State Habeas Petitiion |
| Exhibit 9 | Kleckley v. State, 810 So. 2d 1081 (Fla. 4th DCA 2002) |
| Exhibit 10 | Mandate |
| Exhibit 11 | Post Conviction Petition |

| | |
|---|---|
| Exhibit 12 | State's Response/Trial Court Denial |
| Exhibit 13 | Kleckley v. State, 815 So. 2d 737 (Fla. 4th DCA 2002) |
| Exhibit 14 | Mandate |
| Exhibit 15 | Kleckley v. State, 857 So.2d 1009 (Fla. 4th DCA 2003) |
| Exhibit 16 | Mandate |
| Exhibit 17 | Amended Motion for Post Conviction Relief |
| Exhibit 18 | State's Response/Trial Court Order |
| Exhibit 19 | Kleckley v. State, 918 So. 2d 306 (Fla. 4th DCA 2005) |
| Exhibit 20 | Mandate |
| Exhibit 21 | State Habeas Petition |
| Exhibit 22 | Fourth District Order |
| Exhibit 23 | Motion to Correct Illegal Sentence |
| Exhibit 24 | State Response to Motion to Correct Illegal Sentence |
| Exhibit 25 | Trial Court Order |
| Exhibit 26 | Initial Brief |
| Exhibit 27 | Kleckley v. State, 932 So. 2d 209 (Fla. 4th DCA 2006) |
| Exhibit 28 | Mandate |
| Exhibit 29 | Motion to Correct Illegal Sentence |
| Exhibit 30 | State's Response |
| Exhibit 31 | Trial Court Order |

| | |
|---|---|
| Exhibit 32 | Initial Brief |
| Exhibit 33 | <u>Kleckely v. State</u>, 967 So. 2d 314 (Fla. 4th DCA 2007) |
| Exhibit 34 | Mandate |
| Exhibit 35 | Motion to Correct Illegal Sentence |
| Exhibit 36 | State's Response |
| Exhibit 37 | Trial Court Order |
| Exhibit 38 | Initial Brief |
| Exhibit 39 | <u>Kleckely v. State</u>, 4 So. 2d 1290 (Fla. 4th DCA 2009) |
| Exhibit 40 | Mandate |
| Exhibit 41 | Re-sentencing and HFO Documents |
| Exhibit 42 | Briefs on Appeal |
| Exhibit 43 | <u>Kleckely v. State</u>, 89 So. 2d 1135 (Fla. 4th DCA 2012) |
| Exhibit 44 | Motion for Rehearing/Denial |
| Exhibit 45 | Mandate |
| Exhibit 46 | Motion for Post-Conviction Relief |
| Exhibit 47 | Response |
| Exhibit 48 | Trial Court Denial |
| Exhibit 49 | <u>Kleckely v. State</u>, - So. 3d -2016 WL3751181 (Fla. 4th DCA 2016) |
| Exhibit 50 | Motion for Rehearing/Denial |
| Exhibit 51 | Fourth District Order |

| | |
|---|---|
| Exhibit 52 | Mandate |
| Exhibit 53 | Amended Motion to Correct Illegal Sentence |
| Exhibit 54 | State's Response |
| Exhibit 55 | Trial Court Orders |
| Exhibit 56 | Initial Brief |
| Exhibit 57 | Kleckley v. State, - So 3d 2019 WL5260245 (Fla. 4th DCA 2019) |
| Exhibit 58 | Motion for Rehearing, et al./ Denial |
| Exhibit 59 | Mandate |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing via CM/ECF and that a true and correct copy of the foregoing index and exhibits, referenced in the response to the claims raised, has been furnished by U.S. mail to: Robert Kleckley, 976678, South Bay Correctional Facility, Inmate Mail/ Parcels  600 U.S. Highway 27 South, South Bay, FL.  33493-2233 on this  20th day of February, 2020.

/s/Mitchell A. Egber
Mitchell A. Egber
Assistant Attorney General