**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**



ROBERT KLECKLEY,
Petitioner,

v.                                              Case Number: 19-62972-CIV-ALTMAN
                                                Magistrate Judge Reid

STATE OF FLORIDA
Respondent.
_____/

## MOTION TO AMEND OR ALTER JUDGMENT

COMES NOW, the petitioner, Robert Kleckley, (hereinafter "Petitioner"), in *pro se* fashion and pursuant to Federal Rule of Civil Procedure 59(e), hereby respectfully moves this honorable Court to alter or amend judgment rendered on July 28, 2022, denying his petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254.[1] In support of this motion Petitioner states the following:

1. Petitioner filed a timely Petition for writ of habeas corpus under 28 U.S.C. § 2254. (DE# 1).

2. Sometime in the end of June, 2022, the Honorable Magistrate Judge Reid filed a Report and Recommendation, giving Petitioner 14 days from the date of the Report to file an Objection. (DE# 20 at 1-2).

---

[1] Petitioner did not receive the Order from the United States District Judge Honorable Roy K. Altman denying his federal habeas corpus pursuant to 2254 until August 8, 2022 (See Exhibit A; Southbay Correctional and Rehabilitation Facility incoming mail log.

3.     The Petitioner, however, never received the Report filed by Magistrate Judge Reid. And he can prove this by the mail log from the prison facility where he is housed. (See Exhibit B; Southbay Correctional and Rehabilitation Facility incoming mail log for June 14, 2022, through July 18, 2022).

4.     Because Petitioner never received a copy of Magistrate Judge Reid's Report, through no fault of his own, it was impossible for him to file his objections by July 11, 2022. Consequently, he was deprived of an opportunity to lodge objections to the Report.

5.     It is a sheer violation of due process principles to hold Petitioner accountable for the Magistrate Judge's mistake in failing to mail Petitioner a copy of the Report. And this is especially true given that the "[f]ailure to timely file objections will bar a *de novo* determination by the district judge of anything in th[e] Report and shall constitute a waiver of a party's 'right to challenge on appeal the District Court's order based on un-objected to factual and legal conclusions.'" (DE# 20 at 1) (citing 11ᵗʰ Cir. R. 3-1; *Harrigan v. Metro-Dade Police Dep't Station*, #4, 977 F.3d 1185, 1191-92 (11ᵗʰ Cir. 2020); 28 U.S.C. § 636(b)(1)(C)).

6.     Petitioner prays this Honorable Court will alter and/or amend the judgment rendered on July 28, 2022, affording him an opportunity to file objections to Magistrate Judge Reid's Report.

7.    Petitioner requests that this Honorable Court will withdraw its order disposing of his petition and afford him a new (14) fourteen day time limit to file objections to the Report.

8.    Petitioner states that his incarceration at a correctional facility does not enable him to contact opposing counsel to determine if there is any agreement or disagreement in the Court granting this motion. Given that Petitioner never received a copy of the Report, opposing counsel should not have an objection to this motion.

**WHEREFORE**, based on the forgoing, the Petitioner prays this Honorable Court will alter and/or amend the judgment rendered on July 28, 2022, withdraw the said order, and grant him a new (14) fourteen day time limit to file his objections to the Report.

## CERTIFICATE OF MAILING

I certify that I, <u>Robert Kleckley, DC# 976678</u>, placed this Motion to alter and/or amend the judgment in the hands of South Bay Correctional Facility prison officials for mailing to: <u>United States District Court, Southern District of Florida Office of the Clerk Room 8N09, 400 N. Miami Avenue, Miami, Florida 33128-7716</u>, and <u>A Moody at West Palm Beach 1515 N. Flagler Dr. Ste. 900, West Palm beach 33401</u>, on this $\underline{9^{th}}$ day of August 2021.

Robert Kleckley, DC# 976678
South Bay Correctional Facility
P.O. Box 7171
South Bay, Florida 33493

4

# EXHIBIT – "A"

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

INCOMING LEGAL AND/OR PRIVILEGED MAIL LOG

Institution SOUTH BAY FLORIDA G.E.O.

Month/Year 8/3/2022

| Inmate dc# | Inmate Name | Date | From (Full Address of Sender) | Marked Legal-Confidential (Y/N) | Opened in Presence of Inmate (Y/N) | Date Mail Received By Inmate | Inmate's Signature | Officer Initials |
|---|---|---|---|---|---|---|---|---|
| a. 976678 | robert kleckley | 8/3/22 | united states district court southern district of florida office of the clerk rm 8n09 400 north miami ave miami, fl 33128 | N | Yes | 8-8-22 | Robt Kle | |

DC2-522 (Effective 4/23/09)

Incorporated by Reference in Rule 33-210.102, F.A.C.

# EXHIBIT – "B"

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

INCOMING LEGAL AND/OR PRIVILEGED MAIL LOG

6/14/2022
Month/Year

SOUTH BAY FLORIDA G.E.O.
Institution

| Inmate dc# | Inmate Name | Date | From (Full Address of Sender) | Marked Legal-Confidential (Y/N) | Opened in Presence of Inmate (Y/N) | Date Mail Received By Inmate | Inmate's Signature | Officer Initials |
|---|---|---|---|---|---|---|---|---|
| a 193062 | austin henry | 6/14/22 | district court of appeal first district state of florida tall.,fl 32399 | N | yes | 6·15·22 | Henry Austin | |
| a e35517 | edgar alvarez | 6/14/22 | harvey ruvin mimai dade clerk of the courts 73 w fialger st mimai, fl 33128 | N | yes | 6/14/22 | | |
| c 196585 | ramon lopez | 6/14/22 | michelle walsh 2100 coral way suite 300 mimai, fl 33145 | N | yes | 6-15-22 | | |
| c 193691 | ewan rose | 6/14/22 | brenda d forman clerk of circuit and county court 17th judicial circuit felony div. 201 se 6th rm 01360 broward county corthouse fort lauderdale, fl 33301 | N | yes | 6 15 22 | E Rose | |
| c m93144 | ian stewart | 6/14/22 | harvey ruvin clerk circuit and county court criminal div. 1351 nw 12th suite 9000 miami, fl 33125 | N | yes | 06/15/22 | | |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

INCOMING LEGAL AND/OR PRIVILEGED MAIL LOG

SOUTH BAY FLORIDA G.E.O.
Institution

6/15/2022
Month/Year

| Inmate dc# | Inmate Name | Date | From (Full Address of Sender) | Marked Legal-Confidential (Y/N) | Opened in Presence of Inmate (Y/N) | Date Mail Received By Inmate | Inmate's Signature | Officer Initials |
|---|---|---|---|---|---|---|---|---|
| a a80713 | jimmy rodgers | 6/15/22 | peter lomardo attorney at law 529 13th st wwest suite 204 bradenton, fl 34205 | N | yes | 6/16/22 | | |
| a a80713 | jimmy rodgers | 6/15/22 | linda doggett clerk of court criminal div po box 2507 fort myers, fl 33902 | N | yes | 6/16/22 | | |
| a 148688 | nicky gruenbaum | 6/15/22 | the office of harold f pyor state attorney seventeenth judicial circuit of florida broward county courthouse fort lauderdael, fl 33301 | N | yes | 6/16/22 | | |
| a 333044 | jeff garrison | 6/15/22 | social security administration appeals council falls church, vi 65708 | N | yes | 6/16/22 | | |
| a h48077 | russell harwell | 6/15/22 | office of the attorney general criminal appeals div. Concourse center 4 3507 e frontage rd suite 200 tampa, fl 33607 | N | yes | 6/16/22 | | |

| Inmate dc# | Inmate Name | Date | From (Full Address of Sender) | Marked Legal-Confidential (Y/N) | Opened in Presence of Inmate (Y/N) | Date Mail Received By Inmate | Inmate's Signature | Officer, Initials |
|---|---|---|---|---|---|---|---|---|
| a 578283 | steven mack | 6/15/22 | district court of appeal second district po box 327 lakeland, fl 33802 | N | yes | 6/16/22 | | |
| a 112359 | scott weiland | 6/15/22 | angela vick clerk of the circuit court & comptroller 110 north apopk ave inverness, fl 34450 | N | yes | 6-16-22 | | |
| b e60649 | marcus evans | 6/15/22 | florida department of revenue 5050 w tennessee st tall., fl 32399 | N | yes | 6-16-22 | | |
| b b02626 | montrell johnson | 6/15/22 | internal revenue service submission processing center austin, tx 73301 | N | yes | 6/16/22 | | |
| b v70760 | jason browdy | 6/15/22 | carey haughwout public defender fifteenth judicial circuit of florida 421 3rd | N | yes | 6/16/22 | | |
| b 077462 | sammie fudge | 6/15/22 | harris eckland & associates 2343 hansen ln ste 2 tall., fl 32301 | N | YES | 6/16/22 | | |
| b k80296 | gerald iscom | 6/15/22 | micheller r miller clerk & comptroller st lucie county, fl po box 700 fort pierce, fl 34954 | N | YES | 6/16/22 | | |
| b 146512 | brackins kendrick | 6/15/22 | law office of arthur marchette jr pa the legia center 888 se 3rd ave suite 402 fort lauderdale, fl 33316 | N | yes | 6/16/22 | | |
| b 168262 | shannon vinson | 6/15/22 | sheehan soto & associates po box 6646 brandon, fl 33508 | N | yes | 6/17/22 | | |
| c w11873 | gerald bickmore | 6/15/22 | appellate panel county court judge palm beach county courthouse 205 n dixie hwy wpb, fl 33401 | N | yes | 6/16/22 | | |
| c w11873 | gerald bickmore | 6/15/22 | joseph abruzzo clerk of the circuit court & comptroller palm beach county circuit civil/probate po box 4667 wpb, fl 33402 | N | yes | 6/16/22 | | |

DC2-527 (Effective 4/23/09)

Incorporated by Reference in Rule 33-210.102, F.A.C.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

INCOMING LEGAL AND/OR PRIVILEGED MAIL LOG

SOUTH BAY FLORIDA G.B.O.
Institution

6/21/2022
Month/Year

| Inmate dc# | Inmate Name | Date | From (Full Address of Sender) | Marked Legal-Confidential (Y/N) | Opened in Presence of Inmate (Y/N) | Date Mail Received By Inmate | Inmate's Signature | Officer Initials |
|---|---|---|---|---|---|---|---|---|
| a 957179 | william meredith | 6/21/22 | sheehan soto & associates pop box 6646 bradon, fl 33508 | N | Yes | 6/21/21 | | |
| a 015120 | tommy porter | 6/21/22 | flhsmv 2900 apalachee pkwy tall., fl 32399 | N | yes | 6-21-22 | T.Porter | |
| b b02417 | joseph brown | 6/21/22 | county attorney stephen p clark center miami-dade county, fl lil' nw 1st suite 2810 miami, fl 33128 | N | yes | 6-21-22 | | |
| b y19313 | ian callahan | 6/21/22 | office of the attorney eneral fl ol the capitol tall..fl 32399 | N | yes | 6-22-22 | | |
| b b15111 | james graham | 6/21/22 | james v cook attorney at law po box 10021 tall..fl 32302 | N | yes | 6-27-22 | Jones Graham | |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

INCOMING LEGAL AND/OR PRIVILEGED MAIL LOG

SOUTH BAY FLORIDA G.E.O.
Institution

6/22/2022
Month/Year

| Inmate dc# | Inmate Name | Date | From (Full Address of Sender) | Marked Legal-Confidential (Y/N) | Opened in Presence of Inmate (Y/N) | Date Mail Received By Inmate | Inmate's Signature | Officer Initials |
|---|---|---|---|---|---|---|---|---|
| a 530876 | rocky juarez | 6/22/22 | department of the treasury internal revenue service austin, tx 73301 | N | yes | 6/23 | | |
| a 957179 | william meredith | 6/22/22 | department of the treasury internal revenue service stop 6525 kansas city, mo 64999 | N | yes | 6/8/22 | | |
| a 957179 | william meredith | 6/22/22 | department of the treasury internal revenue service stop 6525 kansas city, mo 64999 | N | yes | 6/8/22 | | |
| a b12053 | gregory higgs | 6/22/22 | department of the treasury internal revenue service stop 6525 kansas city, mo 64999 | N | yes | 6/23/22 | | |
| a b12053 | gregory higgs | 6/22/22 | department of the treasury internal revenue service stop 6525 kansas city, mo 64999 | N | yes | 6/23/22 | | |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

INCOMING LEGAL AND/OR PRIVILEGED MAIL LOG

SOUTH BAY FLORIDA G.E.O.
Institution

6/24/2022
Month/Year

| Inmate dc# | Inmate Name | Date | From (Full Address of Sender) | Marked Legal-Confidential (Y/N) | Opened in Presence of Inmate (Y/N) | Date Mail Received By Inmate | Inmate's Signature | Officer Initials |
|---|---|---|---|---|---|---|---|---|
| a 602008 | dennis arnold | 6/24/22 | brock & scott pllc po box 9115 temecula, ca92589 | N | X A yes | 6-28-22 | _(sig)_ | _(initials)_ |
| a 602008 | dennis arnold | 6/24/22 | brock & scott pllc po box 9115 temecula, ca92589 | N | yes | 6-28-22 | _(sig)_ | _(initials)_ |
| a 062403 | clarence mckinney | 6/24/22 | office of the attorney general pl 01 the capitol tall., fl 32399 | N. | yes | 6-27-22 | _(sig)_ | _(initials)_ |
| a 193062 | henry austin | 6/24/22 | the office of gwen marshall-mcknight clerk of circuit court and comptroller leon county 301 south monroe st 100 tall., fl 323012 | N | yes | 6-27-22 | Henry Austin | _(initials)_ |
| a d34485 | robert johnson | 6/24/22 | department of the treasury interanl revenue service austin, tx 73301 | N | yes | 6/8/22 | R.L.J | _(initials)_ |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

INCOMING LEGAL AND/OR PRIVILEGED MAIL LOG

SOUTH BAY FLORIDA G.E.O.
Institution

6/27/2022
Month/Year

| Inmate dc# | Inmate Name | Date | From (Full Address of Sender) | Marked Legal-Confidential (Y/N) | Opened in Presence of Inmate (Y/N) | Date Mail Received By Inmate | Inmate's Signature | Officer Initials |
|---|---|---|---|---|---|---|---|---|
| a 704843 | willia simpson | 6/27/22 | sheriff wayne ivey brevard county sheriff's office county jail complex 860 camp rd cocoa, fl 32927 | N | yes. | 6-2802 | | |
| a a80713 | jimmy rodgers | 6/27/22 | centurion 1000 herrontown rd pricenton, nj 08540 | N | yes | 6/28/22 | | |
| a a80713 | jimmy rodgers | 6/27/22 | centurion 1000 herrontown rd pricenton, nj 08540 | N | yes | 6/28/22 | | |
| a 198288 | leroy bevans | 6/27/22 | brenda d forman clerk of circuit and county court 17th judicial circuit 201 se 6th st/rm 18150 broward county courthouse fort lauderdale, fl 33301 | N | Yes | 6-28-22 | | |
| a 602008 | dennis arnold | 6/27/22 | brock & scoot po box 9115 temecula, ca 92589 | N | yes | 6-28-27 | | |

| Inmate dc# | Inmate Name | Date | From (Full Address of Sender) | Marked Legal-Confidential (Y/N) | Opened in Presence of Inmate (Y/N) | Date Mail Received By Inmate | Inmate's Signature | Officer Initials |
|---|---|---|---|---|---|---|---|---|
| a 976432 | ronald sylvester | 6/27/22 | peter lombardo attorney at law 1101 6th ave west 109 bradenton, fl 34205 | N | yes | 6/27/22 | | |
| a 898825 | alain troche | 6/27/22 | the florida bar 651 east jefferson st tall., fl 32399 | N | yes | 6-28-22 | | |
| b b02417 | joseph brown | 6/27/22 | united states district court southern district of florida office of the clerk 400 north mia I ave miami, fl 33128 | N | yes | 6/28/22 | | |
| b y19313 | ian callahan | 6/27/22 | united state district court 1 n palafox st pensacola, fl 32502 | N | yes | 6/28/22 | | |
| b w21360 | tommy davis | 6/27/22 | florida department of revenue 5050 w tennesse st tall.,fl 32399 | N | yes | 6-28-22 | | |
| b w04406 | anthony thompson | 6/27/22 | district court of appeal fourth district 110 s tamarind ave wpb.,fl 33401 | N | yes | 6/28/22 | | |
| b t11140 | pedro hernandez | 6/27/22 | o'breink hatfield reese pa bayshore 511 west bay st suite 330 tampa, fl 33606 | N | yes | 6-28-22 | | |
| c 073084 | paul merritt | 6/27/22 | united states court of appeals eleventh circuit office of the clerk 56 forsyth st nw atlanta ga 30303 | N | yes | 6/28/22 | | |
| c u49617 | matthew hawkins | 6/27/22 | jack f marco counslor at law po box 3868 ocalal, fl 34478 | N | yes | 6/28/22 | | |
| c u49617 | matthew hawkins | 6/27/22 | lisa herndon circuit judge fifth judicial of florida marion county judicial circuit 110 nw 1st ave ocalal, fl 34475 | N | yes | 6/28/22 | | |
| c y20045 | jason bright | 6/27/22 | robert harris law firm 2025 virginia ave fort myers,fl 33901 | N | yes | 6-28-22 | | |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

INCOMING LEGAL AND/OR PRIVILEGED MAIL LOG

SOUTH BAY FLORIDA G.E.O.
Institution

6/28/2022
Month/Year

| Inmate dc# | Inmate Name | Date | From (Full Address of Sender) | Marked Legal-Confidential (Y/N) | Opened in Presence of Inmate (Y/N) | Date Mail Received By Inmate | Inmate's Signature | Officer Initials |
|---|---|---|---|---|---|---|---|---|
| a m43323 | robert targos | 6/28/22 | department of the treasury internal revenue service austin, tx 73301 | N | yes | 6-29-22 | Reg J. Fares | |
| a m59623 | john orbeta | 6/28/22 | department of the treasury internal revenue service austin, tx 73301 | N | yes | 6-29-22 | | |
| a h53271 | jonathan serrano | 6/28/22 | department of the treasury internal revenue service 3651 s ih 35 stop 6579 ausc austin, tx 73301 | N | | Return Back to Sender | | |
| a r87580 | lonnie lee | 6/28/22 | department of the treasury internal revenue service fresno, ca 93888 | N | yes | 6/29/22 | | |
| a h43718 | cody romeo | 6/28/22 | department of the treasury internal revenue service fresno, ca 93888 | N | yes | 6-29-22 | Cody Romeo | |

| Inmate dc# | Inmate Name | Date | From (Full Address of Sender) | Marked Legal-Confidential (Y/N) | Opened in Presence of Inmate (Y/N) | Date Mail Received By Inmate | Inmate's Signature | Officer Initials |
|---|---|---|---|---|---|---|---|---|
| a 085926 | carlos yoris | 6/28/22 | department of the treasury internal revenue service stop 6525 kansas city, mo 64999 | N | yes | 6-29-22 | | |
| b e60649 | marcus evans | 6/28/22 | cse operations centeral intercepts po box 5556 tall.,fl 32314 | N | yes | 6-30-22 | | |
| b x39417 | anthony dossou | 6/28/22 | department of the treasury internal revenue service fresno, ca 93888 | N | yes | 6-29-22 | | |
| b m87594 | keith logan | 6/28/22 | department of the treasury internal revenue service philadelphia, pa 19255 | N | yes | 6/29/22 | | |
| b 028047 | elijah isreal | 6/28/22 | department of the treasury internal revenue service po box 236 memphis, tn 38101 | N | yes | 6 29 22 | | |
| c m93144 | ian stewart | 6/28/22 | department of the treasury internal revenue service kansas city, mo 64999 | N | yes | 6/29/22 | | |
| c 100587 | adolph jackson | 6/28/22 | department of the treasury internal revenue service stop 6525 kansas city, mo 64999 | N | yes | 6-29-22 | | |
| d b10705 | julio chapotin | 6/28/22 | department of the treasury internal revenue service stop 6525 kansas city, mo 64999 | N | yes | 6 29 22 | | |
| d 122519 | darryl jackson | 6/28/22 | internal revenue service customer service center 3211 s northpointe dr fresno, ca 93888 | N | yes | 9.30 | | |
| e h60425 | eugearian sharp | 6/28/22 | department of the treasury internal revenue service kansas city, mo 64999 | N | yes | 6 29 22 | | |
| e j39406 | erik barnhill | 6/28/22 | department of the treasury internal revenue service austin, tx 73301 | N | x | 6 29 22 | | |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

INCOMING LEGAL AND/OR PRIVILEGED MAIL LOG

SOUTH BAY FLORIDA G.E.O.
Institution

6/29/2022
Month/Year

| Inmate # | Inmate Name | Date | From (Full Address of Sender) | Marked Legal-Confidential (Y/N) | Opened in Presence of Inmate (Y/N) | Date Mail Received By Inmate | Inmate's Signature | Officer Initials |
|---|---|---|---|---|---|---|---|---|
| 198288 | leroy bevans | 6/29/22 | carey haughwout public defender fifteenth judicial circuit of florida 421 3rd st wpb.,fl 33401 | N | yes | 6/29/22 | | |
| s31448 | william griffins | 6/29/22 | florida department of revenue 5050 w tennessee tall.,fl 32399 | N | yes | 6/30/22 | | |
| s31448 | william griffins | 6/29/22 | florida department of revenue 5050 w tennessee tall.,fl 32399 | N | yes | 6/30/22 | | |
| s31448 | william griffins | 6/29/22 | florida department of revenue 5050 w tennessee tall.,fl 32399 | N | yes | 6/30/22 | | |
| s31448 | william griffins | 6/29/22 | florida department of revenue 5050 w tennessee tall.,fl 32399 | N | yes | 6/30/22 | | |

| Inmate dc# | Inmate Name | Date | From (Full Address of Sender) | Marked Legal-Confidential (Y/N) | Opened in Presence of Inmate (Y/N) | Date Mail Received By Inmate | Inmate's Signature | Officer Initials |
|---|---|---|---|---|---|---|---|---|
| a 700584 | calvin gotham | 6/29/22 | chase law florida pa state and federal criminal appeals post-convictions motion & habea corpus-petitions 111 2ⁿᵈ ave ne ste 334 st. petersburg., fl 33701 | N | yes | 6-20-22 | | |
| b n17455 | robert creech | 6/29/22 | carey haughwout public defender fifteenth judicial circuit of florida 421 3ʳᵈ st wpb.,fl 33401 | N | yes | 6 30 22 | | |
| b b12256 | earl emanuel | 6/29/22 | department of the treasury internal revenue service po box 621502 atlanta ga 30362 | N | yes | 6 30 22 | | |
| b b51408 | claude ubanks | 6/29/22 | florida department of revenue 5050 w tennessee tall.,fl 32399 | N | yes | 6-30-22 | | |
| c c09973 | john dickie | 6/29/22 | office of the attorney general criminal appeals div. concourse center 4 3507 e frontage rd suite 200 tampa, fl 33607 | N | yes | 6-46-22 | | |
| c m51046 | doouglas campbell | 6/29/22 | department of the treasury internal revenue service kansas city, mo 64999 | N | yes | 6-30-22 | | |
| d b07423 | john toussaint | 6/29/22 | department of the treasury internal revenue service kansas ciy, mo 64999 | N | yes | 6 30 22 | | |
| e c05628 | frankie batey | 6/29/22 | department of the treasury internal revenue service po box 621502 atlanta ga 30362 | N | | 6 30 22 | | |
| g e70650 | stuart lafontaine | 6/29/22 | consular section section consulate canadian general du canada 200 s biscayne blvd suite 1600 miami, fl 33131 | N | yes | 6/30/11 | | |
| g b71063 | stevie wallace | 6/29/22 | melanie malave esq 2101 s andrew ave suite 201 fort lauderdale, fl 33316 | N | y- | 6-30-22 | | |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

INCOMING LEGAL AND/OR PRIVILEGED MAIL LOG

SOUTH BAY FLORIDA G.E.O.
Institution

6/30/2022
Month/Year

| Inmate c# | Inmate Name | Date | From (Full Address of Sender) | Marked Legal-Confidential (Y/N) | Opened in Presence of Inmate (Y/N) | Date Mail Received By Inmate | Inmate's Signature | Officer Initials |
|---|---|---|---|---|---|---|---|---|
| c08642 | michael see | 6/30/22 | department of the treasury internal revenue service fresno, ca 93888 | N | yes | 7/1/22 | _(signature)_ | _(initials)_ |
| b11532 | thomas beaulieu | 6/30/22 | department of the treasury internal revenue service po box 621501 atlanta ga 30362 | N | yes | 7/1/22 | _(signature)_ | _(initials)_ |
| 196544 | keith kendrick | 6/30/22 | department of the treasury internal revenue service kansas city, mom 64999 | N | yeo | 7-1-22 | _(signature)_ | _(initials)_ |
| 198288 | leroy bevans | 6/30/22 | district court of appeal fourth district 110 s tamarind ave wpb., fl 33401 | N | yes | 7/1/22 | _(signature)_ | _(initials)_ |
| 148688 | nicky gruenbaum | 6/30/22 | the office of harold f pryor state attorney seventh judicial circuit of florida broward county courthouse fort lauderdale, fl 33301 | N | yes | 7/1/22 | _(signature)_ | _(initials)_ |

| Inmate dc# | Inmate Name | Date | From (Full Address of Sender) | Marked Legal-Confidential (Y/N) | Opened in Presence of Inmate (Y/N) | Date Mail Received By Inmate | Inmate's Signature | Officer Initials |
|---|---|---|---|---|---|---|---|---|
| a 139056 | michael samules | 6/30/22 | internal revenue servie united state department of the treasury memphis, tn 37501 | N | yes | 7-1-2022 | | |
| a 139056 | michael samules | 6/30/22 | internal revenue servie united state department of the treasury memphis, tn 37501 | N | yes | 7-1-2022 | | |
| b u09447 | samuel caruso | 6/30/22 | sheriff john w mina orange county sheriff's office po box 1440 orlandfo, fl 32802 | N | yes | 7-1-22 | | |
| b m925925 | roque calafell | 6/30/22 | thomas montgomery law office one se m.l. king jrblvd po box 1510 belle glaide, fl 33430 | N | yes | 07/01/2022 | CALAFELL | |
| b b03428 | johnson jeune | 6/30/22 | richard rosebaum law office of richard rosenbaum esq 315 se 7th st suite 300 ft lauderdale, fl 33301 | N | yes | 07/01/22 | | |
| b w50515 | oneil johnson | 6/30/22 | office of the attorney general criminal appeals div. l515 n flagler dr suite 900 wpb .fl 33401 | N | yes | 7/22 | | |
| c 169274 | isreal estrada | 6/30/22 | social secuirty administration wilkes-barre direct operation po box 7004 wilkes-barre, pa 18767 | N | yes | 7-4-22 | | |
| c c09973 | john dickie | 6/30/22 | district court of appeal second district po box 327 lakeland, fl 33802 | N | yes | 7-1-22 | | |
| c 574693 | sherman watkins | 6/30/22 | department of the treasury internal revenue service austin, tx 73301 | N | yes | 7-1-22 | john Aggim | |
| c 574693 | sherman watkins | 6/30/22 | department of the treasury internal revenue service austin, tx 73301 | N | yes | 7-1-22 | john Wan | |
| d m41331 | elier diaz | 6/30/22 | department of the treasury internal revenue service kansas city, mom 64999 | N | yes | 7-1-22 | E. D. | |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

INCOMING LEGAL AND/OR PRIVILEGED MAIL LOG

SOUTH BAY FLORIDA G.E.O.
Institution

7/1/2022
Month/Year

| Inmate dc# | Inmate Name | Date | From (Full Address of Sender) | Marked Legal-Confidential (Y/N) | Opened in Presence of Inmate (Y/N) | Date Mail Received By Inmate | Inmate's Signature | Officer Initials |
|---|---|---|---|---|---|---|---|---|
| a c03302 | lamar coffee | 7/1/22 | michelle sisco circuit court judge 401 n jefferson st tampa, fl 33602 | N | yes | 7.1.22 | | |
| a 062403 | clarence mckinney | 7/1/22 | office of the attorney pl 01 the capitol tall..fl 32399 | N | yes | 7.6.22 | | |
| a n21182 | fredrick jones | 7/1/22 | department of the treasury internal revenue service fresno, ca 93888 | N | Yy | 7.5.22 | | |
| b 028047 | elijah isreal | 7/1/22 | department of the treasury internal revenue service stop 6525 kansas city, mo 64999 | N | Yes | 7.5.22 | | |
| c b50165 | james sims | 7/1/22 | fredrick p mercurio circuit judge twelfth judicial circuit po box 3000 bradenton, fl 34206 | N | JWs | 7.5.22 | | |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

INCOMING LEGAL AND/OR PRIVILEGED MAIL LOG

SOUTH BAY FLORIDA G.E.O.
Institution

7/7/2022
Month/Year

| Inmate dc# | Inmate Name | Date | From (Full Address of Sender) | Marked Legal-Confidential (Y/N) | Opened in Presence of Inmate (Y/N) | Date Mail Received By Inmate | Inmate's Signature | Officer Initials |
|---|---|---|---|---|---|---|---|---|
| a a80713 | jimmy rodgers | 7/7/22 | peter lombardo attorney at law 529 13th st west 204 bradenton, fl 34205 | N | Yes | 7/8/22 | *(signature)* | *(initials)* |
| a 779319 | robert geddis | 7/7/22 | department of the treasury internal revenue service kansas city, mo 64999 | N | Yes | 7/8/22 | *(signature)* | *(initials)* |
| a 578283 | steve mack | 7/7/22 | keith r harris parole specialist po.box 4366 winter pk, fl 32793 | N | Yes | 7/8/22 | *(signature)* | *(initials)* |
| b b02417 | joseph michael brown | 7/7/22 | united states district court southern district of florida office of the clerk rm 8n09 400 north miami ave miami, fl 33128 | N | Yes | 75-22 | *(signature)* | *(initials)* |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

INCOMING LEGAL AND/OR PRIVILEGED MAIL LOG

SOUTH BAY FLORIDA G.E.O.
Institution

7/18/2022
Month/Year

| Inmate dc# | Inmate Name | Date | From (Full Address of Sender) | Marked Legal-Confidential (Y/N) | Opened in Presence of Inmate (Y/N) | Date Mail Received By Inmate | Inmate's Signature | Officer Initials |
|---|---|---|---|---|---|---|---|---|
| a 498735 | jeffrey vivierette | 7/18/22 | cindy stuart clerk of court and comptroller hillsborough county civil & criminal court 700 po box 3360 tampa, fl 33601 | N | yes | 7/18/72 | *(signature)* | *(initials)* |
| a 590681 | kenneth johnson | 7/18/22 | department of the treasury internal revenue service stop 6525 kansas city, mo 64999 | N | yes | *(date)* | *(signature)* | *(initials)* |
| a 80713 | jimmy rodgers | 7/18/22 | florida legal service inc. po box 533986 orlando, fl 32853 | N | yes | 7/19/22 | *(signature)* | *(initials)* |
| a 80713 | jimmy rodgers | 7/18/22 | steel litigation 2663 airport rd s d.107 naples, fl 34112 | N | yes | 7/18/22 | *(signature)* | *(initials)* |
| a 198288 | leroy bevans | 7/18/22 | district court of appeal fourth district 110 s tamarind ave wpb. fl 33401 | N | yes | 7/18/22 | *(signature)* | *(initials)* |

DC2-522 (Effective 4/23/09)

Incorporated by Reference in Rule 33-210.102, F.A.C.

Robert Kleckley 976678 A4-2051
Southbay Correctional and Rehabilitation Facility
P.O. Box 7200 (WEST PALM dist 401) 334
South Bay, Florida 33493

United States District Court,
Southern District Florida
Office of the Clerk Room 8N09
400 N. Miami Avenue,
Miami, Florida 33128-7716

AUG







