UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ROBERT KLECKLEY,
    Petitioner,

v.

STATE OF FLORIDA
    Respondent.
_____/

Case Number: 19-62972-CIV-ALTMAN
Magistrate Judge Reid

Provided to South Bay Corr. and Rehab. Facility on 9-13-22  BK  for mailing.

FILED BY MC D.C.
SEP 21 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO AMEND OR ALTER JUDGMENT

COMES NOW, the petitioner, Robert Kleckley, (hereinafter "Petitioner"), in *pro se* fashion and pursuant to Federal Rule of Civil Procedure 59(e),[1] hereby respectfully moves this honorable Court to alter or amend judgment rendered September 6, 2022, wherein the Court admitted that Petitioner should be permitted to object to the R&R, as he had not received the same. However the Court determined that Petitioner would not be permitted to object to Claims 4,5,6,7,8,9, and 10 as the same were determined untimely. In rendering such a determination, the Court overlooked that the timeliness determination hinges upon a factual matter, whether or not a new judgment was rendered.

The case relied upon *Lawston v. United States*, 605 Fed. Appx. 785 (11th Cir. 2015), does not concern a factual matter.

> Even if we were to assume that the district court did not give Lawston the proper opportunity to object, that error was harmless. Lawston raises no factual objections to the R&R on appeal. Instead, he challenges only the district court's legal conclusion that it lacked jurisdiction to consider his § 2241 petition via § 2255(e)'s savings clause. (id at 787)

---

[1] If this court determines that the motion is better construed as a 60(b) Petitioner request that it do so.

1

Rather the claims in this cause omitted from further consideration via 28 U.S.C. § 636(b)(1)(C); see also Fed. R. Civ. P. 72(b)(1), turn upon whether a new judgment was rendered. Such a new judgment restarted the clock and prevents untimeliness.

Petitioner contends that it would be manifestly unfair to prevent him from objecting to the R & R, where the factual question would evade review.

Petitioner avers that had he had the opportunity to object he would have presented in some the following concerning the new judgment.

The Eleventh Circuit Court held in *Pace v. DiGuglielmo*, 544 U.S. 408, 416 n.6, 125 S. Ct. 1807, 161 L. Ed. 2d 669 (2005)(emphasis in *Pace*), and *Zack v. Tucker*, 704 F.3d 917, 926 (11th Cir. 2013), that:

> under Subsection 2244(d)(1) "***provides one means of calculating the limitation with regard to the 'application' as a whole, 2244(d)(1)(A)(date of final judgment)***, *but* three others require claim-by-claim consideration, 2244(d)(1)(B) (governmental interference); 2244(d)(1)(C)(new right made retroactive); 2244(d)(1)(D) (new factual predicate)." *Id.* In this Circuit, "the statute of limitations in AEDPA applies on a claim-by-claim basis in a multiple trigger date case." (***Emphasis added***)

It is apparent that the use of term "but" distinguishes the 3 remaining factors from the single one applicable to this cause; ***date of final judgment***.

**WHEREFORE**, based on the forgoing, the Petitioner prays this Honorable Court will alter and/or amend the judgment rendered on September 6, 2022, withdraw.

## CERTIFICATE OF OATH

Under penalties of perjury, I declare that I have read the forgoing Motion to Amend or Alter Judgment and that the facts stated therein are true.

S\ *Robert Kleckley*
Robert Kleckley DC#976678

## CERTIFICATE OF MAILING

I certify that I, <u>Robert Kleckley, DC# 976678</u>, placed this Motion To Amend Or Alter Judgment in the hands of South Bay Correctional Facility prison officials for mailing to: <u>United States District Court, Southern District of Florida Office of the Clerk Room 8N09, 400 N. Miami Avenue, Miami, Florida 33128-7716</u>, and <u>A. Moody at West Palm Beach 1515 N. Flagler Dr. Ste. 900, West Palm beach, Florida 33401</u>, on this <u>13th</u> day of September 2022.

*/s/ Robert Kleckley*
Robert Kleckley, DC# 976678
South Bay Correctional Facility
P.O. Box 7171
South Bay, Florida 33493

Robert Kleckley 976673 A4-305L
Southbay Correctional and Rehabilitation Facility
P.O. Box 7171
South Bay, Florida 33493

14 SEP 2022 PM 1 L
WEST PALM BCH FL 334

United States District Court
Southern District of Florida
Office of the Clerk Room 8N09
400 N. Miami Ave,
Miami, Florida 33128-7716

Legal Mail