

# U.S. District Court

## Florida Southern - Miami

Receipt Date: Mar 23, 2023 11:23AM

WILLIAM P. SHARON  
795 COLUMBUS AVE  
STE. 6G  
NEW YORK, NY 10025

Rcpt. No: 266739      Trans. Date: Mar 23, 2023 11:23AM      Cashier ID: #VT

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | DFLS019CV062972<br>**FBO**: Robert Kleckley | 1 | 505.00 | 505.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $505.00 |

|  |  |
|---|---|
| Total Due Prior to Payment: | $505.00 |
| Total Tendered: | $505.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.