# Arnold & Porter

Rachel L. Forman
+1 202.942.5041 Direct
Rachel.forman@arnoldporter.com

September 29, 2023

**VIA ECF**

The Hon. Roy K. Altman
Wilkie D. Ferguson Jr. U.S. Courthouse
400 N. Miami Ave.
Courtroom 12-4
Miami, Fla. 33128

      Re:    Limited Remand from *Kleckley v. State of Florida*, 23-10887 (11th Cir. 2023)

Dear Judge Altman,

On March 2, 2023, this Court granted petitioner, Robert Kleckley, a certificate of appealability ("COA") on two issues:

1. If a state resentencing court reimposes on a state prisoner the same sentence the prisoner had already been serving, without re-adjudicating him guilty on any count, do the resentencing documents constitute a "new judgment" under *Magwood v. Patterson*, 561 U.S. 320 (2010), *Patterson v. Secretary, Florida Department of Corrections*, 849 F.3d 1321 (11th Cir. 2017), and their progeny?

2. If a state resentencing court issues a new judgment as to only one of several counts—leaving the conviction and sentence for the remaining counts undisturbed—does this new judgment allow a habeas petitioner to file an otherwise untimely § 2254 petition, challenging his underlying conviction as to all the counts?

Dkt. 31 at 17.

On September 25, 2023, the Eleventh Circuit remanded this matter "for the limited purpose of the district court reissuing its COA in compliance with [*Spencer v. United States*, 773 F.3d 1132, 1138 (11th Cir. 2014) (*en banc*)] and [28 U.S.C. § 2253(c)(2)]," by "specifying the underlying constitutional issue or issues." *Kleckley v. State of Florida*, No. 23-10887 (11th Cir. 2023), Dkt. 23 at 3-4.

**Arnold & Porter**

Page 2

The undersigned *pro bono* attorneys represent Mr. Kleckley on appeal in the Eleventh Circuit and recently moved for *pro hac vice* admission in this Court to represent Mr. Kleckley for purposes of this limited remand. Should the Court seek additional information or briefing in the course of "reissuing its COA," *id.* at 4, counsel for Mr. Kleckley is prepared to brief any relevant issues.

Sincerely,

*/s/ Rachel L. Forman*
Rachel L. Forman (Florida Bar #105347)*
R. Stanton Jones (*pro hac vice* pending)
Andrew T. Tutt (*pro hac vice* pending)
ARNOLD & PORTER
   KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 942-5000
Fax: (202) 942-5999
rachel.forman@arnoldporter.com
stanton.jones@arnoldpoter.com
andrew.tutt@arnoldporter.com

*Admitted only in Florida; practicing law in the District of Columbia during the pendency of her application for admission to the D.C. Bar and under the supervision of lawyers in the firm who are members in good standing of the D.C. Bar.

William T. Sharon (*pro hac vice* pending)
ARNOLD PORTER
   KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Fax: (212) 836-8689
william.sharon@arnoldporter.com